1 | John C. Gorman, #91515
   | Craig Alan Hansen, #209622
2 | GORMAN & MILLER, P.C.
   | 210 North Fourth Street, Suite 200
3 | San Jose, CA.  95112
   | (408) 297-2222 (phone)
4 | (408) 297-2224 (fax)                            *E-FILED 6/16/05*
5 | Attorneys for Plaintiff
   | and Counter-Defendant
6 | AUREFLAM CORPORATION

7
   | LAWRENCE P. RAMIREZ (SBN #141550)
8 | ROBERT L. KOVSKY (SBN#61770)
   | BROWN & RAMIREZ, LLP
9 | 111 North Market Street, Suite 1010
   | San Jose, California 95113
10 | Tel: (408) 971-1119
   | Fax: (408) 971-1129
   | email: SanJoseLaw@aol.com
11
   | Attorneys for Defendants and Counterclaimants
12 | Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc.
   | and Johnny Lee
13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16

17 | AUREFLAM CORPORATION, a          Case No. C05 00746 RS
   | California corporation;
18 |                                  STIPULATION TO CONTINUE
   |           Plaintiff,             INITIAL CASE MANAGEMENT
19 |                                  CONFERENCE AND TO MODIFY
   |      v.                          SCHEDULING ORDER; XXXXXXXXXXXX
20 |                                  ORDER THEREON
   | PHO HOA PHAT I, INC., a          MODIFIED BY THE COURT
21 | California Corporation; PHO
   | HOA PHAT II, INC., a             Date:  June 22, 2005
22 | California Corporation;          Time:  2:30 p.m.
   | JOHNNY LEE, an individual;       Courtroom 4, 5th Floor
23 | and DOES 1 through 10,
   | inclusive;                       Hon. Richard Seeborg
24 |
   |           Defendants.
25 |
26 | AND RELATED COUNTERCLAIMS.
27
28

Stip. to Cont. CMC/Modify Sched. Order; [Proposed] Order, Case No. C05 00746 RS

WHEREAS, this action was commenced by plaintiff and counterdefendant Aureflam Corporation ("Aureflam") on February 18, 2005;

WHEREAS, on February 18, 2005, the district court entered an order setting the Initial Case Management Conference for June 22, 2005;

WHEREAS, Defendants and Counterclaimants Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc. and Johnny Lee (the "Pho Hoa Phat defendants" filed a motion to dismiss the complaint on March 21, 2005 which was subsequently denied on April 27, 2005;

WHEREAS, the Pho Hoa Phat defendants filed an Answer and Counterclaims on April 29, 2005;

WHEREAS, Aureflam filed a motion to dismiss the counterclaims on May 18, 2005 that is presently scheduled to be heard by the District Court on June 22, 2005;

WHEREAS, this case will not be at issue before the June 22, 2005 Initial Case Management Conference;

NOW, THEREFORE, the parties hereby stipulate to continue the Initial Case Management Conference and amend the February 18, 2005 Scheduling Order as follows:

| Date | Event |
| --- | --- |
| 07/01/05 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 07/01/05 | Last day to file Joint ADR Certification with Stipulation to ADR Phone Conference |
| 07/15/05 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |

Stip. to Cont. Init. CMC; [Proposed] Order, Case No. C 04-03824 JW

2

1   07/27/05      Case Management Conference in Courtroom 4 at 2:30

2                p.m.

3

                                GORMAN & MILLER, P.C.

4

5   Date __June 15, 2005_____      By _/s CRAIG ALAN HANSEN_____

6                              CRAIG ALAN HANSEN
                              Attorneys for Plaintiff and

7                               Counter-Defendant Aureflam
                              Corporation

8

9                                   BROWN & RAMIREZ, LLP

10

11   Date _____      By _/s LAWRENCE P. RAMIREZ ____

12                               LAWRENCE P. RAMIREZ
                              Attorneys for Defendants and

13                               Counterclaimants
                              Pho Hoa Phat I, Inc., Pho Hoa

14                               Phat II, Inc.
                              and Johnny Lee

15

16                                  <u>ORDER</u>

17        PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management

18 Conference will be held on July 27, 2005 at 2:30 p.m.

19   Date _6/16/05_____      By /s/ Richard Seeborg_____

20                               HON. RICHARD SEEBORG
                              UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

Stip. to Cont. Init. CMC; [Proposed] Order, Case No. C 04-03824 JW

3