John C. Gorman, #91515
Craig Alan Hansen, #209622
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA.  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

*E-FILED 6/28/05*

Attorneys for Plaintiff
and Counter-Defendant
AUREFLAM CORPORATION


LAWRENCE P. RAMIREZ (SBN #141550)
ROBERT L. KOVSKY (SBN#61770)
BROWN & RAMIREZ, LLP
111 North Market Street, Suite 1010
San Jose, California 95113
Tel: (408) 971-1119
Fax: (408) 971-1129
email: SanJoseLaw@aol.com

Attorneys for Defendants and Counterclaimants
Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc.
and Johnny Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>PHO HOA PHAT I, INC., a California Corporation; PHO HOA PHAT II, INC., a California Corporation; JOHNNY LEE, an individual; and DOES 1 through 10, inclusive;<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C05 00746 RS<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND TO MODIFY SCHEDULING ORDER; XXXXXXXXX ORDER THEREON<br><br>Date:  July 27, 2005<br>Time:  2:30 p.m.<br>Courtroom 4, 5th Floor<br><br>Hon. Richard Seeborg |

WHEREAS, this action was commenced by plaintiff and counterdefendant Aureflam Corporation ("Aureflam") on February 18, 2005;

WHEREAS, on February 18, 2005, the district court entered an order setting the Initial Case Management Conference for June 22, 2005.  This date was later continued to July 27, 2005 by stipulation and order entered on June 16, 2005;

WHEREAS, Defendants and Counterclaimants Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc. and Johnny Lee (the "Pho Hoa Phat defendants" filed a motion to dismiss the complaint on March 21, 2005 which was subsequently denied on April 27, 2005;

WHEREAS, the Pho Hoa Phat defendants filed an Answer and Counterclaims on April 29, 2005;

WHEREAS, Aureflam filed a motion to dismiss the counterclaims on May 18, 2005 that was granted in part on June 24, 2005 with 30 days leave to amend;

WHEREAS, after meeting and conferring, the parties anticipate that the Pho Hoa Phat defendants' amended counterclaim will be the subject of a further motion to dismiss by Aureflam;

WHEREAS, this case will not be at issue before the July 15, 2005, Initial Case Management Conference;

NOW, THEREFORE, the parties hereby stipulate to continue the Initial Case Management Conference and amend the June 16, 2005 Scheduling Order as follows:

<u>Date</u>         <u>Event</u>

09/14/05     Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan

```
09/14/05    Last day to file Joint ADR Certification with
            Stipulation to ADR Phone Conference

09/21/05    Last day to complete initial disclosures or state
            objection in Rule 26(f) Report, file/serve Case
            Management Statement, and file/serve Rule 26(f)
            Report

10/05/05    Case Management Conference in Courtroom 4 at 2:30
            p.m.
```

GORMAN & MILLER, P.C.

Date __June 27, 2005_____          By _/s CRAIG ALAN HANSEN_____
                                       CRAIG ALAN HANSEN
                                       Attorneys for Plaintiff and
                                       Counter-Defendant Aureflam
                                       Corporation


BROWN & RAMIREZ, LLP

         June 27, 2005                    /s LAWRENCE P. RAMIREZ
Date _____          By _____
                                       LAWRENCE P. RAMIREZ
                                       Attorneys for Defendants and
                                       Counterclaimants
                                       Pho Hoa Phat I, Inc., Pho Hoa
                                       Phat II, Inc.
                                       and Johnny Lee


<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference will be held on October 5, 2005.

    June 28, 2005                         /s/ Richard Seeborg
Date _____          By _____
                                       HON. RICHARD SEEBORG
                                       UNITED STATES DISTRICT COURT

Stip. to Cont. Init. CMC; [Proposed] Order, Case No. C 04-03824 JW