1  John C. Gorman, #91515
   Craig Alan Hansen, #209622
2  GORMAN & MILLER, P.C.                    *E-FILED 9/29/05*
   210 North Fourth Street, Suite 200
3  San Jose, CA.  95112
   (408) 297-2222 (phone)
4  (408) 297-2224 (fax)

5  Attorneys for Plaintiff
   and Counter-Defendant
6  AUREFLAM CORPORATION

7  LAWRENCE P. RAMIREZ (SBN #141550)
   ROBERT L. KOVSKY (SBN#61770)
8  BROWN & RAMIREZ, LLP
   111 North Market Street, Suite 1010
9  San Jose, California 95113
   Tel: (408) 971-1119
10 Fax: (408) 971-1129
   email: SanJoseLaw@aol.com
11
   Attorneys for Defendants and Counterclaimants
12 Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc.
   and Johnny Lee
13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16
   AUREFLAM CORPORATION, a                  Case No. C05 00746 RS
17 California corporation;
                                            STIPULATION TO CONTINUE
18          Plaintiff,                      INITIAL CASE MANAGEMENT
                                            CONFERENCE AND TO MODIFY
19      v.                                  SCHEDULING ORDER; [PROPOSED]
                                            ORDER THEREON
20
   PHO HOA PHAT I, INC., a California        MODIFIED BY THE COURT
21 Corporation; PHO HOA PHAT II, INC., a
   California Corporation; JOHNNY LEE, an   Date:  October 5, 2005
22 individual; and DOES 1 through 10,       Time:  2:30 p.m.
   inclusive;                               Courtroom 4, 5th Floor
23
24          Defendants.                     Hon. Richard Seeborg

25
26 AND RELATED COUNTERCLAIMS.

27

28

Stip. to Cont. CMC/Modify Sched. Order; [Proposed] Order, Case No. C05 00746 RS

WHEREAS, this action was commenced by plaintiff and counterdefendant Aureflam Corporation ("Aureflam") on February 18, 2005;

WHEREAS, on February 18, 2005, the district court entered an order setting the Initial Case Management Conference for June 22, 2005.  This date was later continued to July 27, 2005 by stipulation and order entered on June 16, 2005;

WHEREAS, Defendants and Counterclaimants Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc. and Johnny Lee (the "Pho Hoa Phat defendants") filed a motion to dismiss the complaint on March 21, 2005 which was subsequently denied on April 27, 2005;

WHEREAS, the Pho Hoa Phat defendants filed an Answer and Counterclaims on April 29, 2005;

WHEREAS, Aureflam filed a motion to dismiss the counterclaims on May 18, 2005 that was granted in part on June 24, 2005 with 30 days leave to amend;

WHEREAS, the Pho Hoa Phat defendants filed an amended Answer and Counterclaims on July 25, 2005;

WHEREAS, Aureflam filed a second motion to dismiss the counterclaims which was granted on September 14, 2005;

WHEREAS, this case will not be at issue before the October 5, 2005, Initial Case Management Conference;

WHEREAS, the insurance carrier for Defendants has agreed to tender a defense, and has retained new legal counsel, Deborah Sirias of Lewis Brisbois Bisgaard & Smith;

WHEREAS, a Substitution of Attorney form will be filed this week substituting new counsel Deborah Sirias, in the place of Lawrence P. Ramirez of Brown & Ramirez;

WHEREAS, new counsel for Defendants will need sixty days to review the files in order to engage in a meaningful initial case management conference;

NOW, THEREFORE, the parties hereby stipulate to continue the Initial Case Management Conference and amend the June 28, 2005 Scheduling Order as follows:

| Date | Event |
|------|-------|
| 11/23/05 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 12/07/05 | Case Management Conference in Courtroom 4 at 2:30 p.m. |

GORMAN & MILLER, P.C.

Date September 28, 2005 ____          By   /s CRAIG ALAN HANSEN
                                           CRAIG ALAN HANSEN
                                           Attorneys for Plaintiff and Counter-Defendant Aureflam Corporation

BROWN & RAMIREZ, LLP

      September 26, 2005                /s LAWRENCE P. RAMIREZ
Date _____          By _____
                                             LAWRENCE P. RAMIREZ
                                           Attorneys for Defendants and Counterclaimants
                                           Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc. and Johnny Lee

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference will be held on December 14, 2005 at 2:30 p.m.  A case management conference statement shall be filed no later than December 7, 2005.

        9/29/05                      /s/ Richard Seeborg
Date _____          By _____
                                             HON. RICHARD SEEBORG
                                           UNITED STATES DISTRICT COURT

Stip. to Cont. Init. CMC; [Proposed] Order, Case No. C 04-03824 JW

3