**\*E-FILED 2/9/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUREFLAM CORPORATION, | NO. 05-cv-00746 RS |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO CONSOLIDATE ACTIONS** |
| v. | |
| PHO HOA PHAT I, INC., ET AL., | |
| Defendants. / | |

Defendants Pho Hoa Phat I, Inc., Pho Hoa Phat II, Inc., and Johnny Lee (collectively, "PHP") seek to consolidate the above-entitled action with another action pending in this district entitled <u>Aureflam v. Pho Hoa Phat, et al.</u>, C-04-3824 JW, arguing that the cases are related. Civil L.R. 3-12 provides, however, that when a party believes a case is related to another action already pending in that same court, the proper mechanism is to file a notice of related case so that the Judge assigned to the case first filed may review the cases and determine whether or not they are related. Accordingly, since no notice of related case has been filed in either case pending in this Court, PHP's motion to consolidate is denied without prejudice to permit it to file a notice of related case. Depending on the outcome of that notice, PHP may then seek to consolidate the cases.

\\\

1  IT IS SO ORDERED.

2  Dated: 2/9/06

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

2  John C. Gorman    jgorman@gormanmiller.com

3  Craig Alan Hansen    chansen@gormanmiller.com

4  Deborah F. Sirias    sirias@lbbslaw.com,

**Dated: 2/9/06**                    **Chambers of Judge Richard Seeborg**

**By:**    **/s/ BAK**