```
 1  L. Jay Pedersen – 127791
    Helen H. Lee - 230682
 2  BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP
    601 California Street, 16th Floor
 3  San Francisco, CA 94108
    Telephone: (415) 981-5411
 4  Facsimile: (415) 981-0352
 5
    Attorneys for Defendants
 6  PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.;
    PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.;
 7  PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH;
    LIEM LE AND DANH TRAN
 8
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PHO HOA HIEP, INC., a California Corporation; PHO HOA HIEP I, INC., a California Corporation; PHO HOA HIEP II, INC., a California Corporation; PHO HOA HIEP IV, INC., a California Corporation; PHO HOA HIEP V, INC., a California Corporation; LIEU TRAN, an individual; DANH TRAN, an individual; SON HUYNH, an individual; PHONG HUYNH, an individual; LIEM LE, an individual; LINH NGUYEN, an individual; and DOES 1 through 10, inclusive;<br><br>Defendants. | No. **C04 03824 JW**<br>R/W No. 05 00746<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER;** [~~PROPOSED~~] **ORDER** |

IT IS HEREBY STIPULATED by the parties, plaintiff AUREFLAM CORPORATION and defendants PHO HOA HEIP, INC., PHO HOA HIEP I, INC., PHO HOA HIEP II, INC., PHO HOA HIEP V, INC., PHONG HUYNH, LIEU TRAN, LINH NGUYEN, SON HUYNH, LIEM LE, and DAN TRAN, by and through their respective counsels of record to modify the

1 | existing scheduling order in order to comply with the related case order filed February 19, 2006,
2 | and vacating the dates set in the existing scheduling order and setting a Case Management
3 | Conference for this case and the related case for ~~May 26, 2006~~ June 5, 2006 at 10:00am

4  
5 DATED: March 20, 2006

GORMAN & MILLER

By: /s/
John C. Gorman
Craig Alan Hansen
Attorneys for Plaintiff AUREFLAM
CORPORATION

9 DATED: March 16, 2006

BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP

By: /s/
L. Jay Pedersen
Attorneys for Defendants PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.; PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.; PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH; LIEM LE; AND DANH TRAN

16 DATED: March ___, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:_____
Deborah F. Sirias
Attorneys for Defendants PHO HOA PHAT I, INC., PHO PHAT II, INC. and JOHNNY LEE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 14, 2006

/s/ James Ware
Hon. James Ware
United States District Judge

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER                    2

existing scheduling order in order to comply with the related case order filed February 19, 2006, and vacating the dates set in the existing scheduling order and setting a Case Management Conference for this case and the related case for May 26, 2006.

GORMAN & MILLER

DATED: March ___, 2006

By: _____
John C. Gorman
Craig Alan Hansen
Attorneys for Plaintiff AUREFLAM CORPORATION

DATED: March 16, 2006

BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP

By: _____
L. Jay Pedersen
Attorneys for Defendants PHO HOA HIEP, INC.; PHO HOA HIEP I, INC.; PHO HOA HIEP II, INC.; PHO HOA HIEP V, INC.; PHONG HUYNH; LIEU TRAN; LINH NGUYEN; SON HUYNH; LIEM LE; AND DANH TRAN

DATED: March 16, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Deborah F. Sirias
Attorneys for Defendants PHO HOA PHAT I, INC., PHO PHAT II, INC. and JOHNNY LEE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Hon. James Ware
United States District Judge