

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>PHO HOA PHAT I, INC., a California Corporation; PHO HOA PHAT II, INC., a California Corporation; JOHNNY LEE, an individual; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. C05 00746 JW (RS)<br><br>[PROPOSED] JUDGMENT ENTERING PERMANENT INJUNCTION<br><br>Hon. James Ware |

Good cause appearing therefor, the Court makes the following findings of fact and conclusions of law and enters judgment in favor of plaintiff Aureflam and against defendants Pho Lee Hoa Phat 1, Inc., Pho Lee Hoa Phat 2, Inc., and Johnny Lee as set forth below:

1. Plaintiff Aureflam Corporation owns, operates, and franchises Vietnamese style restaurants throughout the United States.

2. Aureflam owns a federal service mark registration for the mark "PHO HOA" under U.S. Trademark Registration No. 2,017,091 and federal service mark registrations on related logos under Registration Nos. 2,004,107 and 2,017,091, which registrations have for the purposes of this litigation, become incontestable. The parties have stipulated, for the purposes of this litigation only, the Court should find that Plaintiff has established that it has the exclusive right to ownership and use of the "Pho Hoa" mark and the logos registered as Nos. 2,017,091, 2,004,107, and 2,017,091.

3. Defendants Pho Lee Hoa Phat 1, Inc. and Pho Lee Hoa Phat 2, Inc. operate restaurants that formerly did business under the name "Pho Hoa Phat" and that now do business under the name "Pho Lee Hoa Phat" at 508 Contra Costa Boulevard, Suite P, Pleasant Hill, California 94523 and 3495 Sonoma Boulevard, Suite H, Vallejo, California 94590. Defendant Johnny Lee is the owner of Pho Lee Hoa Phat 1, Inc. and Pho Lee Hoa Phat 2, Inc. Both Pho Lee Hoa Phat restaurants utilize a logo in the form attached hereto as Exhibit A that bears a resemblance to the logos protected by Registration Nos. 2,004,107 and 2,017,091.

1

Injunction, Case No. C05 00746 JW (RS)

4. Plaintiff Aureflam filed this lawsuit against the defendants on February 18, 2005.

5. Plaintiff's request for entry of judgment awarding a permanent injunction prohibiting defendants' use of plaintiff's federally registered service marks is proper and should be granted.

IT IS HEREBY ORDERED AND ADJUDGED that defendants Pho Lee Hoa Phat 1, Inc. (formerly known as "Pho Hoa Phat I, Inc."); Pho Lee Hoa Phat 2, Inc. (formerly known as "Pho Hoa Phat II, Inc."); and Johnny Lee, together with any and all of their employees, agents, servants, and other persons acting for or in concert with them (or any of them), are hereby permanently restrained, enjoined, and prohibited from engaging in any of the following conduct:

    a. advertising, promoting or otherwise using the mark "PHO HOA PHAT" or any other name or mark that places the words "Pho" and "Hoa" immediately adjacent to each other or is otherwise confusingly similar to Aureflam's "PHO HOA" mark, whether printed in English, Vietnamese, Chinese, or any other language). Notwithstanding the foregoing, the defendants may use the trade name "Pho Lee Hoa Phat";

    b. advertising, promoting or otherwise using the logo depicted on Exhibit A if printed in black and white or printed using any color combination other than that shown on Exhibit A;

    c. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs 1 or 2 above.

The United States District Court for the Northern District of California shall have and retain jurisdiction following dismissal of this action for purpose of enforcing the terms of this permanent injunction. In the event of future litigation concerning any claimed breach of the terms of the judgment for permanent injunction, the prevailing party shall be entitled to recovery of reasonable attorneys' fees and costs.

The Clerk shall close this file.

DATED: _____May 10_____, 2007

*[signature: James Ware]*

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

```
 1
 2
 3
 4  APPROVED AS TO SUBSTANCE AND FORM:
 5
 6
 7       [signature]
 8  _____
 9
10  ATTORNEYS FOR PLAINTIFF
11  AUREFLAM CORPORATION
12
13
14  LEWIS BRISBOIS BISGAARD & SMITH LLP
15
16  By: [signature]
17      Deborah F. Sirias
18  Attorneys for Defendants PHO HOA
    PHAT I, INC., PHO HOA PHAT II,
19  INC., and JOHNNY LEE
20
21
22
23
24
25
26
27
28
                                     4
    Injunction, Case No. C05 00746 JW (RS)
```

EXHIBIT A

[Logo]

# PHỞ LEE HÒA PHÁT I

VIETNAMESE RESTAURANT



508 "P" Contra Costa Blvd., Pleasant Hill, CA 94523

## Tel: (925) 680-8135

OPEN 7 DAYS A WEEK • 9:00 A.M.~10:00 P.M.

### Appetizers  KHAI VỊ

| | | |
|---|---|---|
| A1 | CHẢ GIÒ (4 ROLLS) ........ $4.95 | |
| | Fried Vietnamese Egg roll | |
| A2 | BÌ CUỐN (3 ROLLS) ........ $4.95 | |
| | Meat & Shredded Pork Roll | |
| A3 | GỎI CUỐN (3 ROLLS) ........ $4.95 | |
| | Fresh Spring Roll | |
| A4 | CÁNH GÀ CHIÊN BƠ (5 WINGS) ........ $5.50 | |
| | Fried Chicken Wing | |
| A5 | CHẢ CÁ CHIÊN ........ $5.50 | |
| | Fish Cake | |
| A6 | TÀU HỦ KÝ ........ $6.75 | |
| | Shrimp Cake | |